**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. _____

(To be supplied by the court)

DAVID E. HILL _____, Plaintiff

v.

B. TRUE, WARDEN; _____,

JANE DOE, HEALTH SERVICE ADMINIS-
TRATOR;

A. FELLOW, ASSIST HEALTH SERVICE
ADMINISTRATOR,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**OCT 19 2020**

**JEFFREY P. COLWELL**
**CLERK**

---

## PRISONER COMPLAINT

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

DAVId E. HILL #12585-007 U.S.P FloReNCE-MAX, P.O. BOX. 8500
(Name, prisoner identification number, and complete mailing address)

FloReNCE, C.O. 81226
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____    Pretrial detainee
____    Civilly committed detainee
____    Immigration detainee
____    Convicted and sentenced state prisoner
_✓_    Convicted and sentenced federal prisoner
____    Other: (*Please explain*) _____

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    B. TRUE, WARdEN U.S.P. FloReNCE-MAX. P.O. BOX. 8500
(Name, job title, and complete mailing address)

FloReNCE, CO. 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes _✓ No (*check one*). Briefly explain:

DEFENdANT WAS ACTINg UNdER COlOR OF FEdERAL LAW

Defendant 1 is being sued in his/her _✓_ individual and/or _✓_ official capacity.

2

Defendant 2: JANE DOE, HEALTH SERVICE ADMINISTRATOR, U.S.P. FLORENCE
(Name, job title, and complete mailing address)

MAX, P.O. BOX. 8500, FLORENCE, CO. 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ✓ No (*check one*). Briefly explain:

DEFENDANT ACTING UNDER COLOR OF FEDERAL LAW

Defendant 2 is being sued in his/her ✓ individual and/or ✓ official capacity.

Defendant 3: A. FELLOW, ASSIST HEALTH SERVICE ADMINISTRATOR U.S.P. FLORENCE
(Name, job title, and complete mailing address)

MAX, P.O. BOX. 8500, FLORENCE, CO. 81226

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ✓ No (*check one*). Briefly explain:

DEFENDANT. ACTING UNDER COLOR OF FEDERAL LAW

Defendant 3 is being sued in his/her ✓ individual and/or ✓ official capacity.

## C.    JURISDICTION
*Indicate the federal legal basis for your claim(s): (check all that apply)*

_____    42 U.S.C. § 1983 (state, county, and municipal defendants)

✓    *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

✓    Other: (*please identify*) 28 U.S.C. § 1334(b); 28 U.S.C. 157(b)(1); 11 U.S.C 727(a)
11 U.S.C. 3 301; CHAPTER 7 OF THE BANKRUPTCY CODE OF
THE UNITED STATES

3

B.                    DEFENDANT'S

DEFENDANT 4: J. SEROSKI, IS A HEALTH SERVICE PHYSICIAN AT U.S.P. FLORENCE-MAX. P.O. BOX 8500, FLORENCE, CO. 81226, AT THE TIME DEFENDANT WAS ACTING UNDER OF COLOR OF FEDERAL LAW

DEFENDANT 5: R. HUDDLESTON, IS A HEALTH SERVICE PHYSICIAN AT U.S.P. FLORENCE-MAX. P.O. BOX 8500, FLORENCE, CO. 81226, AT THE TIME DEFENDANT WAS ACTING UNDER COLOR OF FEDERAL LAW.

DEFENDANT 6: WILLIAM RESTO, IS A DOCTOR OF HEALTH SERVICE AT U.S.P. FLORENCE-MAX. P.O. BOX 8500, FLORENCE, CO. 81226. AT THE TIME DEFENDANT WAS ACTING UNDER COLOR OF FEDERAL LAW

DEFENDANT: D. OBA, IS A DOCTOR OF HEALTH SERVICE AT U.S.P. FLORENCE-MAX. P.O. BOX 8500, FLORENCE, CO. 81226. AT THE TIME DEFENDANT WAS ACTING UNDER COLOR OF FEDERAL LAW

DEFENDANT 8: J. FINTH, IS A REGISTERED NURSE OF HEALTH SERVICE AT U.S.P. FLORENCE-MAX. P.O. BOX 8500, FLORENCE, CO. 81226. AT THE TIME DEFENDANT WAS ACTING UNDER COLOR OF FEDERAL LAW.

DEFENDANT'S ARE BEING SUED IN HIS/HER INDIVIDUAL AND OFFICIAL CAPACITY

**D.    STATEMENT·OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim,
specify the right that allegedly has been violated and state all facts that support your claim,
including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s)
involved in each claim, and the specific facts that show how each person was involved in each
claim. You do not need to cite specific legal cases to support your claim(s). If additional space
is needed to describe any claim or to assert additional claims, use extra paper to continue that
claim or to assert the additional claim(s). Please indicate that additional paper is attached and
label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

DEFENDANTS WERE DELIBERATELY INDIFFERENT TO A SERIOUS MEDICAL MEGA-CHRONIC KIDNEY
DISEASE AND ASTHMA. WHEN THE NEPHROLOJIST EXPERT ORDERED PLAINTIFF TO BE TRANSFERRED
BACK TO THE HOSPITAL/CLINIC BUT DEFENDANT'S NEVER TRANSFERRED HIM THOUGH HE CONTINUED

CLAIM ONE: TO COMPLAIN OF PAIN, IN VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS TO THE
UNITED STATES CONSTITUTION

Supporting facts:

SEE ADDITIONAL PAPER/PAGES

4

DEFENDANTS SEROSKI, CHARLESTON, KESTO, OBAI AND FIRTH
WERE DELIBERATELY INDIFFERENT BECAUSE THEY KNEW PLAINTIFF
WAS IN PAIN FROM A LIFE THREATENING LIVER CONDITION CAUSED
by HEPATITIS C AND B BUT DENIED MEDICAL TREATMENT IN
VIOLATION OF THE EIGHTH AMENDMENT TO THE UNITED STATES
CONSTITUTION

2. Claim Two: _____

   Supporting Facts:

See Additional SHEETs

(Rev. 1/30/07)                        5

PETITIONER IS ENTITLED TO RELIEF UNDER CHAPTER 7 OF THE BANKRUPTCY CODE OF THE UNITED STATES TO DIS-CHARGE THE BOP DEBT OF 6,318.93 UNDER 11 U.S.C. § 727 (a) AND BECAUSE PETITIONER WAS INSOLVENT WHEN THE BOP IMPOSED A FINANCIAL OBLIGATION OF 6,318.93.

3. Claim Three: _____

Supporting Facts:

See ATTACHED SHEET

D.                    STATEMENT OF CLAIMS

CLAIM ONE: DEFENDANT'S TRUE, DOE, FELLOW WERE DELIBERATELY INDIFFERENT TO A SERIOUS MEDICAL NEED - CHRONIC KIDNEY DISEASE - WHEN THE NEPHROLOGIST EXPERT ORDERED THAT PLAINTIFF TO BE TRANSFERRED BACK TO THE HOSPITAL/CLINIC BUT DEFENDANT'S REFUSED TO TRANSFER HIM THOUGH HE CONTINUED TO COMPLAIN OF PAIN, IN VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION

CLAIM TWO: DEFENDANT'S SEROSKI, HUDDLESTON, RESTO, ODA, AND FIRTH WERE DELIBERATELY INDIFFERENT TO A SERIOUS MEDICAL NEED - HEPATITIS C AND B WHEN THEY KNEW PLAINTIFF WAS IN PAIN FROM A LIFE THREATENING LIVER CONDITION BUT DENIED MEDICAL TREATMENT. IN VIOLATION OF THE EIGHTH AMENDMENT TO THE UNITED STATES' CONSTITUTION

CLAIM THREE: PETITIONER IS ENTITLED TO RELIEF UNDER CHAPTER 7 OF THE BANKRUPTCY CODE OF THE UNITED STATES TO DISCHARGE THE BOP DEBT OF $6,318.93 UNDER 11 U.S.C. § 727(a) AND BECAUSE PETITIONER WAS INSOLVENT WHEN THE BOP IMPOSED THE FINANCIAL OBLIGATION OF 6,318.93

STATEMENT OF FACTS

HILL IS CURRENTLY INCARCERATED AT U.S.P. FLORENCE COLORADO - MAX, HE WAS CONVICTED OF ARMED BANK ROBBERY IN THE UNITED STATES DISTRICT COURT IN ALEXANDRIA VIRGINIA AND SENTENCED ON DECEMBER 7, 2001, TO 784 MONTHS IMPRISONMENT WITH 5 YEARS SUPERVISED RELEASED. RESTITUTION WAS 40,235.00 AND ASSESSMENT FEES WERE 700.00. HOWEVER, DUE TO HILL'S INSOLVENCY THE COURT WAIVED FINANCIAL OBLIGATION.[1] HILL WAS COMITTED INTO THE CUSTODY OF THE BOP. WHILE SERVING HIS SENTENCE, THE BOP IMPOSED A FINANCIAL OBLIGATION OBLIGATION OF 6,318.93 DEBT THROUGH THE INMATE TRUST FUND/DE-POSIT FUND MANUAL, 4500.12 CHAPTER 10.2 AND 10.5.(b). SEE EXHIBIT A. THE BOP ENCUMBERED HILL'S ACCOUNT AND WITHDRAWN A TOTAL OF 399.19, THE REMAINING DEBT IS 5,969.74. HILL HAS IN-SUFFICIENT FUNDS IN THE ACCOUNT TO PAY THE DEBT AND IT WILL REMAIN UNTIL COMPLETION OF HIS SEN-TENCE.

[1] SEE U.S. v. HILL, 1:01-CR-00191-CMH; SEE ATT. DOCKET SHEET PAGE 11.

## E.    PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit.  Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):  JULIE GROHOVSKY; DOUGLAS K. KLEIN; MICHAEL OLSHONSKY

Docket number and court:  1:96-CV-0a7a8

Claims raised:  PROSECUTORIAL MISCONDUCT

Disposition: (is the case still pending? has it been dismissed?; was relief granted?)  DISMISSED

Reasons for dismissal, if dismissed:  FAILURE TO STATE A CLAIM

Result on appeal, if appealed:  NO APPEAL

## F.    ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a).  Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

___ Yes ___ No (*check one*)

5

## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

PLAINTIFF REQUEST THE COURT ENTER JUDGMENT GRANTING A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF'S RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING MR. TRUE, MS. DOE, AND MS. FELLOW TO TRANSFER HIM TO THE HOSPITAL/CLINIC AS DIRECTED BY MS. CHRISTINE B. BAUGH (NEPHROLOGIST EXPERT). COMPENSATORY DAMAGES IN THE AMOUNT OF 20,000,000 AGAINST EACH DEFENDANT, JOINTLY AND SEPARATELY. PUNITIVE DAMAGES IN THE AMOUNT OF 20,000,000 AGAINST EACH DEFENDANT. A JURY TRIAL ON ALL ISSUES TRIABLE BY JURY. PLAINTIFF'S COST IN THIS SUIT. ANY ADDITIONAL RELIEF THIS COURT DEEMS JUST, PROPER, AND EQUITABLE. GRANT DISCHARGE OF DEBT OF 61,318.93

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

OCTOBER 8, 2020
_____
(Date)

(Form Revised December 2017)

6

IN THE UNITED STATES DISTRICT COURT
FOR DENVER COLORADO - DIVISON

DAVID E. HILL,
PETITIONER - PLAINTIFF

v.

COMPLAINT PAGES

B. TRUE, WARDEN; JANE
DOE, CLINICAL DIRECTOR;
A. FELLOW, ASSISTANT HEALTH
SERVICE ADMINISTRATOR,
INDIVIDUALLY AND IN THEIR
OFFICIAL CAPACITIES,
DEFENDANT'S - RESPONDANTS

I.          JURISDICTION & VENUE

1. THIS IS A CIVIL ACTION AUTHORIZED by BIVENS
V. SIX NAMED AGENTS OF FEDERAL BUREAU OF
NARCOTICS, 403 U.S. 388 (1971), TO REDRESS THE
DEPRIVATION, UNDER COLOR OF FEDERAL LAW, OF
RIGHTS SECURED by THE CONSTITUTION OF THE UNITED
STATES. THE COURT HAS JURISDICTION UNDER 28 U.S.C. §
1331 AND 1343 (a)(3). PLAINTIFF SEEKS DECLARATORY
RELIEF PURSUANT TO 28 U.S.C. § 2201 AND 2202. PLAINTIFF'S

i.

CLAIMS FOR INJUNCTIVE RELIEF ARE AUTHORIZED by 28 U.S.C. §§ 2283, 2284, And RULE 65 OF THE FEDERAL RULES OF CIVIL PROCEDURE.

2. DENVER COLORADO IS THE APPROPRIATE VENUE UNDER 28 U.S.C. 1391 [b][2] bECAUSE IT IS WHERE THE EVENTS giving RISE TO THIS CLAIM OCCURRED.

II.                    PLAINTIFF

3. PLAINTIFF, DAVID E. HILL, IS AND WAS AT ALL TIMES MENTIONED HEREIN A PRISONER OF IN THE FEDERAL BUREAU OF PRISONS IN COLORADO. HE IS CURRENTLY CONFINED IN U.S.P. FLORENCE - MAX

III.                    DEFENDANT'S

4. DEFENDANT, B. TRUE IS THE WARDEN OF U.S.P. FLORENCE - ADX. HE IS LEGALLY RESPONSIBLE FOR THE OVERALL OPERATION OF THE U.S.P. FLORENCE COLORADO COMPLEX AND EACH INSTITUTION UNDER ITS JURISDICTION, Including ADX. HE IS LEGALLY RESPONSIBLE FOR INMATES & OPERATIONS.

5. DEFENDANT, JANE DOE IS THE CLINICAL DIRECTOR OF HEALTH SERVICE. SHE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF HEALTH SERVICES AND FOR THE WELFARE OF ALL THE INMATES OF THE PRISON

2.

6. DEFENDANT, A. FELLOW IS THE ASSISTANT CLINICAL DIRECTOR OF HEALTH SERVICE. SHE IS LEGALLY RESPONSIBLE FOR THE OPERATION OF HEALTH SERVICE AND THE WELFARE OF ALL THE INMATES OF THE PRISON

7. EACH DEFENDANT IS SUED INDIVIDUALLY AND IN HIS AND HERS OFFICIAL CAPACITY. AT ALL TIMES MENTIONED IN THIS COMPLAINT EACH DEFENDANT ACTED UNDER THE COLOR OF FEDERAL LAW.

IV.                FACTS

8.
WHILE IN U.S.P. FLORENCE COLORADO HILL BECAME ILL IN 2017[1] AND DIAGNOSED WITH CHRONIC KIDNEY DISEASE STAGE II OR III. HILL WAS ASSIGNED TO A OUTSIDE NEPHROLOGIST EXPERT. HILL WAS LAST SEEN ON NOVEMBER 17, 2019 by HIS OUTSIDE DOCTOR WHERE HE LEARNED THAT HE loss 50% OF HIS KIDNEY FUNCTION AND THAT HIS HEALTH HAD DETIORATED. THAT SAME DAY, THE NEPHOROLOGIST ORDERED THAT HILL BE brought back FOR TREATMENT THREE MONTHS FROM THE DATE. SEE APPENDIX "A" page 3 OF 3 OF DOCTOR CHRISTINE B. BAUGH REPORT dated 11-07-2019. DURING A (10) MONTH PERIOD THE WARDEN MR. TRUE, MS. DOE, AND MS. FELLOW REFUSED TO TRANSPORT HILL TO THE HOSPITAL. HILL FAIL ILL HAVING

[1] ON JUNE 16, 2017, NURSE PRACTITIONER A. CHOI INFORMED HILL THAT HE HAD AMOUNTS OF WASTE PRODUCTS IN HIS BLOOD. SEE EXHIBIT 1. MS. CHOI INFORMATION REPORT. ON SEPTEMBER 9, 2020, PHYSICIAN J. SEROSKI INFORMED HILL THAT HE ALSO HEPATITIS B OR C AND FURTHER TEST NEEDED TO EVALUATE HIS LIVER. SEE EXHIBIT 2.

3.

EXECRUCIATING STOMACH PAIN, PAIN IN HIS KIDNEY, URINARY TRACK INFFECTIONS THAT BURN, SORES ON HIS BACK AND STOMACH THAT BURN AND ITCH, FATIQUE AND WEAKNESS, SHORTNESS OF BREATH, PAIN IN HIS BACK, VOMITTING, blood IN HIS URINARY TRACK, AND FEVER AND CHILLS. SEE APPENDIX B. BOP CLINICAL ENCOUNTERS.

9. HILL CONTINUE TO be IN EXCRUCIATING PAIN AND THERE ARE NO qualIFIED NEPHOROLOGIST EMPLOYEED AT U.S.P FLORENCE THAT CAN PROVIDE THE MEDICAL TREATMENT HILL NEEDS.

10. PURSUANT TO BOP PROGRAM STATEMENT 5538.07 SEC. 570.41 (a), MEDICAL ESCORTED TRIPS ARE INTENDED TO PROVIDE AN INMATE WITH MEDICAL TREATMENT NOT AVAILABLE WITHIN THE INSTITUTION.

b. THE CLINICAL DIRECTOR OR DESIGNEE IS RESPONSI-ble FOR DETERMINING WHETHER A MEDICAL ESCORTED TRIP IS APPROPRIATE.

c. ESCORTED TRIP PROCEDURES - OUT-PATIENT MEDICAL TREATMENT. A RECOMMENDATION FOR AN INMATE TO RECEIVE A MEDICAL ESCORTED TRIP IS PREPARED by MEDICAL STAFF, FORWARDED THROUGH THE APPROPRIATE STAFF FOR SCREENING AND CLEARANCE, AND THEN SUB-MITTED TO THE WARDEN FOR REVIEW, THE WARDEN MAY APPROVE AN INMATE FOR AN OUT-PATIENT MEDICAL ESCORTED TRIP. SEE APPENDIX C. BOP PROGRAM STATEMENT. SEE APPENDIX d. BOP PROGRAM STATEMENT. 15. HIGH RISK OR MEDICALLY COMPLEX CHRONIC CARE INMATES WILL be SEEN MORE FREQUENTLY IN ACCORDANCE WITH good CLINICAL JUdgMENT, IN CONJUNCTION WITH REGULAR VISTS WITH THEIR PRIMARY PROVIDER.

4.

11. WARDEN TRUE, HEALTH SERVICE ADMINISTRATOR DOE, AND ASSISTANT HEALTH ADMINISTRATOR FELLOW DENIED NEPHONOLOGIST EXPERT CHRISTINE B. BAUGH DIRECTION TO TRANSFER HILL BACK TO THE HOSPITAL THREE MONTHS FROM THE DATE OF NOVEMBER 15, 2019.

12. HILL'S LIFE IS IN DANGER BECAUSE OF THE INDIFFERENCE OF THE DEFENDANTS TO HIS MEDICAL PROBLEMS - CHRONIC KIDNEY DISEASE AND ASTHMA. HILL FEARS THAT HE WILL GO INTO SEPTIC SHOCK, HAVE A STROKE, HIS ORGANS SHUT DOWN OR SUFFER RESPIRATORY DEATH IN ANY COMBINATION MADE WORSTH DURING COVID-19 EXPOSURE. 2

IV.    EXHAUSTION OF LEGAL REMEDIES

13. HILL USED THE PRISONER GRIEVANCE PROCEDURE AVAILABLE AT U.S.P. FLORENCE COLORADO~ADX TO TRY AND SOLVE THE PROBLEM. HILL PRESENTED THE FACTS RELATING TO THIS COMPLAINT. HILL WAS SENT A RESPONSE SAYING THAT THE GRIEVANCE HAD BEEN DENIED ON ACCOUNT OF THE DENIAL, HILL APPEALED WITH NO SUCCESS. SEE ATTACHED GRIEVANCE RESPONSE.

V.    LEGAL CLAIMS

14. PLAINTIFF REALLEGE AND INCORPORATE BY REFERENCE PARAGRAPHS 1 - 13.

2 HILL'S LIVER IS ALSO DAMAGED AS HE NOW HAS HEPATITIS B OR C. HE HAS NOT BE TREATED FOR HEPATITIS C OR B EVEN THOUGH SEROSKI, HUDDLESTON, RESTO, OBA, AND FIRTH KNEW HILL WAS IN PAIN FROM A LIFE THREATENING LIVER CONDITION.

5.

15. DEFENDANTS WERE DELIBERATELY INDIFFERENT TO A SERIOUS MEDICAL NEED - CHRONIC KIDNEY DISEASE AND ATHMA - WHEN THE NEPHROLOGIST EXPERT ORDERED PETITIONER - PLAINTIFF TO BE TRANSFERRED BACK TO THE HOSPITAL BUT THE PRISON STAFF NEVER TRANSFERRED HIM THOUGH HE CONTINUED TO COMPLAIN OF PAIN, IN VIOLATION OF HIS EIGHTH AMENDMENT RIGHTS TO THE UNITED STATES CONSTITUTION.

16. THE PLAINTIFF HAS NO PLAIN, ADEQUATE OR COMPLETE REMEDY AT LAW TO REDRESS THE WRONGS DESCRIBED HEREIN. PLAINTIFF HAS BEEN AND WILL CONTINUE TO BE IRREPARABLY INJURED by THE CONDUCT OF THE DEFENDANTS UNLESS THIS COURT GRANTS THE DECLARATORY AND INJUNCTIVE RELIEF WHICH PLAINTIFF SEEKS.

VI.           PRAYER FOR RELIEF

WHEREFORE, PLAINTIFF RESPECTFULLY PRAYS THAT THIS COURT ENTER JUDGMENT GRANTING PLAINTIFF:

17. A DECLARATION THAT THE ACTS AND OMISSIONS DESCRIBED HEREIN VIOLATED PLAINTIFF's RIGHTS UNDER THE CONSTITUTION AND LAWS OF THE UNITED STATES.

6.

18. A PRELIMINARY AND PERMANENT INJUNCTION ORDERING DEFENDANT'S B. TRUE, JANE DOE, A. FELLOWS TRANSFER HIM TO THE HOSPITAL AS DIRECTED by THE NEPHROLOGIST EXPERT.

19. COMPENSATORY damages IN THE AMOUNT OF 20,000,000 $^{00}$ AGAINST EACH DEFENDANT, JOINTLY AND SEVERALLY.

20. PUNITIVE damages IN THE AMOUNT OF 20,000,000 $^{00}$ AGAINST EACH DEFENDANT

21. A JURY TRIAL ON ALL ISSUES TRIABLE by JURY

22. PLAINTIFF'S COST IN THIS SUIT.

23 ANY ADDITIONAL RELIEF THIS COURT deems JUST, PROPER, AND EQUITABLE

RESPECTFULLY SUBMITTED

DATED: OCTOBER 8, 2020    DAVID E. HILL 12585-007
U.S.P. FLORENCE-MAX
P.O. BOX 8500
FLORENCE, CO. 81226.

VERIFICATION

7.

I HAVE READ THE FOREGOING COMPLAINT AND HEREBY VERIFY THAT THE MATTERS ALLEGED THEREIN ARE TRUE, EXCEPT AS TO MATTERS ALLEGED ON INFORMATION AND BELIEF, AND, AS TO THOSE, I BELIEVE THEM TO BE TRUE. I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED AT U.S.P. FLORENCE COLORADO - MAX ON

DATED: OCTOBER 8, 2020.

DAVID E. HILL 12585-007
U.S.P. FLORENCE - MAX
P.O. BOX 8500
FLORENCE, CO, 81226

8.

*Choi*     EXHIBIT "1"

U.S. Department of Justice
Federal Bureau of Prisons
FCC Florence
ADX Health Service's Department

Date: 6-16-17

Unit/Cell Number: J-1-111
Register Number: 12585-007
Name: Hill David

--FOR INFORMATIONAL PURPOSES ONLY--

This letter is to inform you the **LABORATORY** / X-RAY / ULTRASOUND / MRI/_____
test you had completed on 6-14-17 ____ is:

— Urine Microalbumin : acceptable amount of protein in your urine

√ **Within Acceptable Limits** — PSA (Prostate) / TSH (Thyroid) / Liver function.
   If you are enrolled in a Chronic Care Clinic these will be discussed more in-depth at
   your next scheduled appointment. If you have any questions regarding this testing,
   please submit a written request to the Health Services department.

   √ serum creatinine (waste product in your blood)

___ **Not Within Acceptable Limits**   is 1.4 < normal = 0.6 - 1.27
   In accordance with your provider's recommendations, you have been scheduled a follow
   up appointment.   Serum GFR is 55 < normal = > 60 >

___ **Other:**

**Comments:** we will repeat your blood creatinine test & GFR
about 3 months from now.
— Avoid Homemade alcohol, Ibuprofen, or Naproxen.
— You will receive EKG, UA (urine test), and BP monitoring.
— You will be seen to discuss further interventions.

If you would like to receive a copy of your test results, please submit a written request to:
Health Services/Medical Records.

                                                          6/19/17     A. Choi NPC
Thank you.

                                    **A. Choi, Nurse Practitioner**
                                    **FCC Florence, CO 81226**

*A copy of this form must be scanned into BEMR/Document Manager/Administrative, prior to
being delivered to the inmate.

Form Last Updated: 3/16/17 T. Mitchell

EXHIBIT a.

U.S. Department of Justice
Federal Bureau of Prisons
FCC Florence
 QDX Florence

Date: 9|4|20

Unit/Cell Number: ~~K02 210~~ K02-211
Register Number: 12 585-00 ?
Name:
Hill, David

## --FOR INFORMATIONAL PURPOSES ONLY--

This letter is to inform you the **LABORATORY** / **X-RAY** / **ULTRASOUND** / **MRI**/ _CBC wildlife_
test you had completed on _____ 8|19 _____ is:   Hep B   Hemoglobin A1C
8|27|20   ~~Hep B~~. 6800?

____ **Within Acceptable Limits**
If you are enrolled in a Chronic Care Clinic these will be discussed more in-depth at
your next scheduled appointment. If you have any questions regarding this testing,
please submit a written request to the Health Services department.

X___ **Not Within Acceptable Limits**
In accordance with your provider's recommendations, you have been scheduled a follow
up appointment.

____ **Other:**

**Comments:** Further lab testing has been ordered
to evaluate your liver

J. Seroski, PA-C
Physician Assistant
FCC Florence, CO

If you would like to receive a copy of your test results, please submit a written request to:
Health Services/Medical Records.

Thank you.

*A copy of this form must be scanned into BEMR/Document Manager/Assessments, prior to
being delivered to the inmate.

Form Last Updated: 8/14/17 T. Mitchell

EXHIBIT 3

CLOSED,TYPE-F

# U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:96-cv-02728-UNA

HILL v. GROHOVSKY, et al
Assigned to: Unassigned
Demand: $0
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/10/1996
Date Terminated: 12/10/1996
Jury Demand: None
Nature of Suit: 550 Prisoner Petition:
Civil Rights (Other)
Jurisdiction: U.S. Government
Defendant

**Plaintiff**

**DAVID EMANUEL HILL**          represented by   **DAVID EMANUEL HILL**
                                                 DC 241-090
                                                 D.C. DETENTION FACILITY
                                                 1901 D Street, SE
                                                 Washington, DC 20003
                                                 PRO SE

V.

**Defendant**

**JULIE A. GROHOVSKY**
*U.S. Attorney*

**Defendant**

**DOUGLAS K. KLEIN**
*U.S. Attorney*

**Defendant**

**MICHAEL OLSHONSKY**
*Public Defender*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/10/1996 | 1 | COMPLAINT filed by plaintiff DAVID EMANUEL HILL (mjk) (Entered: 12/12/1996) |
| 12/10/1996 |   | SUMMONS NOT ISSUED. (mjk) (Entered: 12/12/1996) |
| 12/10/1996 | 2 | APPLICATION by plaintiff DAVID EMANUEL HILL to proceed in forma pauperis (mjk) (Entered: 12/12/1996) |
| 12/10/1996 |   | ORDER by Judge James Robertson granting motion to proceed in forma pauperis [2-1] by DAVID EMANUEL HILL (fiat) (N) (mjk) (Entered: |

Case No. 1:20-cv-03135-RBJ-NRN    Document 1    filed 10/19/20    USDC Colorado    pg
23 of 47
District of Columbia live database                                                    Page 2 of 2

| | | 12/12/1996) |
|---|---|---|
| 12/10/1996 | 3 | TRUST FUND ACCOUNT filed by plaintiff DAVID EMANUEL HILL . (mjk) (Entered: 12/12/1996) |
| 12/10/1996 | 4 | ORDER by Judge James Robertson : dismissing complaint [1-1], the action fails to state a claim on which relief may be granted. (N) (mjk) (Entered: 12/12/1996) |

APPENDIX "A"

**SOUTHERN COLORADO**
**NEPHROLOGY ASSOCIATES, P.C.**
3426 Lake Ave.
Pueblo, Colorado 81004

Scott Harberts, M.D.
Mark Albright, M.D.
Deepa Nagaraja, M.D.
Pamela Isley, ANP
Christine Baugh, ANP

(719) 561-5264          Fax: (719) 561-5272

Stan Sicher, M.D.
Stephen T. Brown, M.D.
Irina Vancea, M.D.

12585 - 007

Patient: David Hill (28215.0)
Patient DOB: 5/16/1971
Patient Sex: Male

Ordering Provider: Christine B Baugh
Order Date: 10/17/2019
Order Location: 1 Southern Colorado Nephrology

**Pre-Appointment labs**

Additional Order Items
Kappa/Lambda light chain Qt.
Labs
RFP (renal function panel)
CBC
iPTH (intact parathyroid hormone)
Random Urine Protein/Creat Ratio

**Relevant Problem List**

| ICD10 | Description | Status |
|-------|-------------|--------|
| J45.909 | Asthma | Chronic |
| G43.909 | Migraine | Chronic |
| N18.2 | Chronic kidney disease Stage II (mild) | Chronic |

Order Status: Pending

Christine B Baugh
[ Signed and locked electronically on 10/17/2019 at 02:54:38 PM ]
Transcribed: Christine B Baugh (10/17/2019)

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

⊙ 11-05-2019 4:24 PM          SenderCSID          → Nicole @ ACH       APPENDIX "A"       pg 2 of 3

David Hill ( 05/16/1971 )

SOUTHERN COLORADO
NEPHROLOGY ASSOCIATES, P.C.
3426 Lake Ave.
Pueblo, Colorado 81004

Scott Harberts, M.D.
Mark Albright, M.D.
Deepa Nagaraja, M.D.                    (719) 561-5264          Fax: (719) 561-5272
Pamela Isley, ANP
Christine Baugh, ANP

Stan Sicher, M.D.
Stephen T. Brown, M.D.
Irina Vancea, M.D.

Patient Name: David Hill     12 585 - 007
DOB:        May 16, 1871
Date:       Oct 17, 2019

Patient is seen in clinic today for follow of CKD stage 3 egfr 42.

Last Labs: 9/23/2019

The patient reports no significant changes since last office visit.

Review of Systems:

Constitution:     Patient reports: fair appetite.
Cardiovascular:  Patient denies any chest pain or respiratory problems.
Gastrointestinal: Patient reports no abdominal pain, nausea or vomiting.
Genitourinary:   Urinary frequency.
Integumentary:   Patient denies rashes or wounds.
Neuro:           Fatigue.
Pysch:           Patient denies depression or anxiety.
                 Pt does not check.

Physical Exam:

Vital Signs - [As of 10/17/2019]
10/17/2019

Height: 5 ft 10 in
Weight: 200.3 lbs
BMI: 28.7
Blood Pressure:
124/76 mm Hg (Left Arm Sitting)
Pulse:
No site Sitting at 72 bpm

General Appearance:  Patient in no apparent distress.
Neck:
Respiratory:         Lungs clear to auscultation.
Cardiac:             Regular rate and rhythm with no rubs noted.
Abdominal:
Vascular:            No edema noted.

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

Medication List

| Medication | Sig | Start Date |
|---|---|---|
| amitriptyline 50 mg tablet | 1 once a day | |
| aspirin 81 mg tablet,delayed release (DR/EC) | 1 once a day | |
| lisinopril 5 mg tablet | Take 1 tablet once a day | |
| Proventil HFA (albuterol sulfate) 90 mcg/actuation HFA aerosol inhaler | 2 puff four times a day as needed | |

Allergy List

| Allergen | Reaction | Reaction Severity | Onset Date |
|---|---|---|---|
| nkda | | | |

2 of 3

11-05-2019 4:24 PM          SenderCSID          → Nicole @ ACH     APPENDIX "A"          pg.3 of 3

David Hill ( 05/16/1971 )

12585-007

med list review

**Lab and Other Studies:**

| | 9/23/2019 | 3/27/2019 | 3/25/2019 | 8/2/2018 | 4/11/2018 |
|---|---|---|---|---|---|
| GFR-Other (SCNCO) ml/min | 42 | 64 | | 64 | 71 |
| Bun | 18 | 13 | | 12 | 15 |
| Creatinine | 1.74 | 1.44 | | 1.42 | 1.3 |
| Sodium mEq/L | 142 | 141 | | 142 | 143 |
| Potassium meq/L | 4.6 | 4.2 | | 5.0 | 4.1 |
| Chloride mEq/L | 102 | 104 | | 101 | 106 |
| Bicarbonate | 25 | 20 | | 24 | 26 |
| Glucose | 88 | 85 | | 93 | 80 |
| LDL | | | | 104 | |
| Albumin | 4.7 | 4.3 | | 4.5 | |
| Calcium mg/dL | 8.4 | 8.3 | | 8.5 | 8.3 |
| Phosphorus NG/DL | | 3.4 | | 2.9 | 3.7 |
| IPTH | 55 | | 37 | 20 | |
| HbA1C | | | | 5.5 | |
| Total Cholesterol | | | | 198 | |
| Triglyceride | | | | 220 | |
| HDL | | | | 50 | |
| Random Urine for Protein/Creatinine Ratio (SCNCO) Ratio | 6.3 | 0.026 | | | |
| Hgb | 14.6 | | | 15.2 | |
| Hct % | 44.6 | | | 49.1 | |
| WBC | 6.2 | | | 4.5 | |
| Plts | 277 | | | 210 | |
| Comments (No Dim) (SCNCO) | SEE SCAN | | see scan | | |
| Intact PTH (SCNCO) | 55 | | 37 | 20 | |

09/23/19 labs with elevated scr (AA EGFR is 50.8), SIEP w/o m-spike, no repeat k/l ratio done
had UTI 09/09/19—doesnt recall what abx he had
08/2018 UA w/o PRO or blood, HIV neg, HBV-had vacc, C3 C4 nl, elevated k/l ratio (12.27), UIEP and SPEP nl, PSA and HgbA1c nl

RUS 07/26/18 w/o abn finding and nl PVR
**Assessment and Plan:**

Problem 1:  CKD 2 w/o clear etiology-scr baseline 1.3-1.4-no proteinuria-elevated scr-possibly d/t recent UTI-stable
          D/C NSAIDs

Problem 2:  HTN-stable

Problem 3:  Migraines

Problem 4:  asthma

Problem 5:  elevated k/l ratio-needs repeat done as previously ordered

Problem 6:  dyslipidemia-elevated LDL and trigs

no med changes/has not had flu shot 2019-2020 season
Check labs pre-clinic, and k/l ratio
Renal function panel.   CBC.
iPTH.
Urine Prot/Cr Ratio.
Return to Clinic in: three months.
Primary Care Physician:  Fed Pen

*[signature]*

Christine B Baugh, NP
[ Signed and locked electronically on 10/17/2019 at 03:05:26 PM ]
Transcribed: Christine B Baugh (10/17/2019)

United States Penitentiary
Administrative Maximum (ADX)
Health Services Department
5880 State Highway 67 South
Florence, CO 81226

APPENDIX "B"

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M   Race: BLACK | Facility: FLM |
| Encounter Date: 02/06/2020 11:00 | Provider: Firth, J. RN | Unit: J01 |

Nursing - Triage Note encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**     **Provider:** Firth, J. RN

**Chief Complaint:** Urinary Problem

**Subjective:** IM turned in sick call slip stating he had fever and chills along with back pain and pain with urination. Upon examination, IM stated he was only having burning with urination.

**Pain:** Yes

**Pain Assessment**

**Date:** 02/06/2020 11:01

**Location:** Genitalia

**Quality of Pain:** Burning

**Pain Scale:** 5

**Intervention:** none

**Trauma Date/Year:**

**Injury:**

**Mechanism:**

**Onset:** 3-5 Days

**Duration:** 3-5 Days

**Exacerbating Factors:** urination

**Relieving Factors:** none

**Reason Not Done:**

**Comments:**

---

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/06/2020 | 11:02 FLX | 97.4 | 36.3 | | Firth, J. RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/06/2020 | 11:02 FLX | 85 | | | Firth, J. RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/06/2020 | 11:02 FLX | 18 | Firth, J. RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/06/2020 | 11:02 FLX | 171/66 | | | | Firth, J. RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/06/2020 | 11:02 FLX | 95 | | Firth, J. RN |

| Inmate Name: | HILL, DAVID | | | | | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | | | Sex: | M | Race: | BLACK | Facility: | FLM |
| Encounter Date: | 02/06/2020 11:00 | | | Provider: | Firth, J. RN | | | Unit: | J01 |

| **Date** | **Time** | **Value(%)** | **Air** | | **Provider** | |
|---|---|---|---|---|---|---|

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**ASSESSMENT:**

Infection - Urinary, Signs of

Urine collected was cloudy. IM states he has chronic UTI's related to kidney condition.
The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

**PLAN:**

**Disposition:**

To be Evaluated by Provider
Will Be Placed on Callout
Return Immediately if Condition Worsens

**Patient Education Topics:** —

| **Date Initiated** | **Format** | **Handout/Topic** | **Provider** | **Outcome** |
|---|---|---|---|---|
| 02/06/2020 | Counseling | Access to Care | Firth, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** Yes

**Telephone/Verbal Order:** Yes      **By:** Seroski, Jennifer PA-C

**Telephone or Verbal order read back and verified.**

Completed by Firth, J. RN on 02/06/2020 11:06

Requested to be cosigned by Seroski, Jennifer PA-C.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Scanned Date: | 07/27/2018 08:36 EST | | | Facility: | FLM |

**Reviewed by Oba, D. MD on 07/27/2018 14:20.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M    Race: BLACK | Facility: FLM |
| Encounter Date: 02/06/2020 13:38 | Provider: Seroski, Jennifer PA-C | Unit: J01 |

Cosign Note - Follow up encounter performed at Special Housing Unit.

**SUBJECTIVE:**

**COMPLAINT 1**    **Provider:** Seroski, Jennifer PA-C

**Chief Complaint:** Urinary Problem
**Subjective:** F/U for +urine dipstick
**Pain:** Not Applicable

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 02/06/2020 | 13:38 FLX | 97.4 | 36.3 | | Seroski, Jennifer PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 02/06/2020 | 13:38 FLX | 85 | | | Seroski, Jennifer PA-C |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 02/06/2020 | 13:38 FLX | 18 | Seroski, Jennifer PA-C |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 02/06/2020 | 13:38 FLX | 171/66 | | | | Seroski, Jennifer PA-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 02/06/2020 | 13:38 FLX | 95 | | Seroski, Jennifer PA-C |

**Exam:**
**General**
**Affect**
Yes: Cooperative

**ASSESSMENT:**

Chronic kidney disease, stage 2 (mild), N182 - Current

Urinary tract infection, site not specified, N390 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ciprofloxacin  Tablet | | 02/06/2020 13:38 |

**Prescriber Order:** 500 mg Orally  One Time Dose Given PRN x 0 day(s) Pill Line Only -- Please send the remaining days up to inmate
**Indication:** Urinary tract infection, site not specified
**Start Now:** Yes

| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
|---|---|---|---|---|---|

Inmate Name: HILL, DAVID

Date of Birth: 05/16/1971

Encounter Date: 02/06/2020 13:38

Sex: M    Race: BLACK

Provider: Seroski, Jennifer PA-C

Reg #: 12585-007

Facility: FLM

Unit: J01

## New Medication Orders:

| Rx# | Medication | | Order Date |
|---|---|---|---|

**Night Stock Rx#:**

**Source:** Pyxis

**Admin Method:** Pill Line

**Stop Date:** 02/06/2020 14:31

**MAR Label:** 500 mg Orally One Time Dose Given PRN x 0 day(s) Pill Line Only -- Please send the remaining days up to inmate

**One Time Dose Given:** Given Now

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests-C-Culture, Urine | One Time | 02/17/2020 00:00 | Routine |
| **Labs requested to be reviewed by:** | Resto, William MD/CD | | |

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Other:

Despite CKD Renal protocol ok with Cipro

Order culture when completed antibiotic due to recurrent infection to make sure antibiotic effective against bacteria

Increase fluids

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/06/2020 | Counseling | Access to Care | Seroski, Jennifer | Verbalizes Understanding |
| 02/06/2020 | Counseling | Plan of Care | Seroski, Jennifer | Verbalizes Understanding |

**Copay Required:** Yes         **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Seroski, Jennifer PA-C on 02/06/2020 14:37

Requested to be cosigned by Resto, William MD/CD.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M | Race: | BLACK |
| Encounter Date: | 02/06/2020 13:38 | Provider: | Seroski, Jennifer PA-C | Facility: | FLM |

**Cosigned by Resto, William MD/CD on 02/07/2020 07:33.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M     Race: BLACK | Facility: | FLM |
| Note Date: | 01/06/2020 06:46 | Provider: | Seroski, Jennifer PA-C | Unit: | J01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**     **Provider:** Seroski, Jennifer PA-C

Chart review
Inmate seen and evaluated by nursing for c/o abdomen pain and bumps
Per chart review inmate was positive for UTI in the past with this complaint
Will order UA

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Urine Dipstick | One Time | | Notify me if positive and save urine for culture | Seroski, Jennifer PA-C |

**Order Date:**     01/06/2020

**Copay Required:** No     **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Seroski, Jennifer PA-C on 01/06/2020 06:49

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | HILL, DAVID | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M   Race:BLACK | Facility: | FLM |
| Note Date: | 09/16/2019 08:32 | Provider: | Seroski, Jennifer PA-C | Unit: | J01 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

**ADMINISTRATIVE NOTE   1**          **Provider:** Seroski, Jennifer PA-C

Urine culture +
Inmate has already been started on Bactrim which is susceptible

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Seroski, Jennifer PA-C on 09/16/2019 08:33

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: HILL, DAVID | | Reg #: 12585-007 |
| Date of Birth: 05/16/1971 | Sex: M    Race: BLACK | Facility: FLM |
| Encounter Date: 09/09/2019 11:20 | Provider: Seroski, Jennifer PA-C | Unit: J01 |

Cosign Note - Follow up encounter performed at Health Services.

## SUBJECTIVE:

**COMPLAINT 1**        **Provider:** Seroski, Jennifer PA-C

**Chief Complaint:** Urinary Problem
**Subjective:** F/U for abnormal urine dipstick
**Pain:** Not Applicable .

## OBJECTIVE:

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/09/2019 | 11:20 FLX | 158/94 | | | | Seroski, Jennifer PA-C |

Exam:
**General**
**Appearance**
.Yes: Alert and Oriented x 3

## ASSESSMENT:

Urinary tract infection, site not specified, N390 - Current

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date | Prescriber Order |
|---|---|---|---|
| | Sulfamethoxazole/Trimeth DS 800-160 Mg Tablet | 09/09/2019 11:20 | 1 tablet  Orally -   Two Times a Day x 7 day(s) |

**Indication:** Urinary tract infection, site not specified

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens
Return To Sick Call if Not Improved

**Other:**

Urine dipstick results were reviewed and +Leuk and hematuria noted
Will start Bactrim today
Lab work reviewed and GFR above 50
Increase fluids
Agree to send for culture --already ordered
Monitor

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/09/2019 | Counseling | Access to Care | Seroski, Jennifer | Verbalizes Understanding |

| | | |
|---|---|---|
| Inmate Name:   HILL, DAVID | | Reg #:   12585-007 |
| Date of Birth:    05/16/1971 | Sex:    M    Race:  BLACK | Facility:  FLM |
| Encounter Date: 09/09/2019 11:20 | Provider:  Seroski, Jennifer PA-C | Unit:    J01 |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Seroski, Jennifer PA-C on 09/09/2019 11:30

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  HILL, DAVID | | Reg #:  12585-007 |
| Date of Birth:  05/16/1971 | Sex:     M    Race:  BLACK | Facility:  FLM |
| Encounter Date:  09/09/2019 09:39 | Provider:  Huddleston, R. EMT | Unit:     J01 |

EMT/Para - Sick Call encounter performed at Housing Unit.

**SUBJECTIVE:**

> **COMPLAINT  1**          **Provider:** Huddleston, R. EMT
>
> **Chief Complaint:** Urinary Problem
>
> **Subjective:** Inmate states he has pain in his kidneys and is having trouble urinating.  He states the pain started last night, describes the pain as a burning sensation and rates the pain at a 6 or 7.
>
> **Pain:**          Yes
>
> **Pain Assessment**
>
> | | |
> |---|---|
> | **Date:** | 09/09/2019 09:41 |
> | **Location:** | Abdomen - Suprapubic |
> | **Quality of Pain:** | Burning |
> | **Pain Scale:** | 7 |
> | **Intervention:** | Bactrim |
> | **Trauma Date/Year:** | |
> | **Injury:** | |
> | **Mechanism:** | |
> | **Onset:** | 12-24 hours |
> | **Duration:** | 12-24 Hours |
> | **Exacerbating Factors:** | urinating. |
> | **Relieving Factors:** | none. |
> | **Reason Not Done:** | |
> | **Comments:** | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/09/2019 | 09:43 FLX | 98.7 | 37.1 | Temporal | Huddleston, R. EMT |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/09/2019 | 09:43 FLX | 94 | Via Machine | | Huddleston, R. EMT |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/09/2019 | 09:43 FLX | 18 | Huddleston, R. EMT |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/09/2019 | 09:43 FLX | 158/94 | Left Arm | Standing | Adult-large | Huddleston, R. EMT |

**Exam:**

> **General**
>
>> **Affect**

| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race: BLACK | | Facility: | FLM |
| Encounter Date: | 09/09/2019 09:39 | Provider: | Huddleston, R. EMT | | Unit: | J01 |

**Exam:**

Yes: Cooperative, Agitated

**Appearance**

Yes: Alert and Oriented x 3, Appears in Pain

**Skin**

**General**

Yes: Within Normal Limits, Dry, Skin Intact

**Head**

**General**

Yes: Atraumatic/Normocephalic

**Eyes**

**General**

Yes: Extraocular Movements Intact

**Mouth**

**General**

Yes: Within Normal Limits

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

No: Respiratory Distress

**Cardiovascular**

**Observation**

Yes: Within Normal Limits, Normal Rate, Regular Rhythm

**Peripheral Vascular**

**General**

Yes: Within Normal Limits

**ROS Comments**

The allergies reviewed with patient for the presence or absence of allergies, sensitivities, and other reactions to drugs, materials, food, and environmental factors.

**ASSESSMENT:**

Other

Possible Urinary tract infection.

**PLAN:**

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
| --- | --- | --- | --- |
| Lab Tests-C-Culture, Urine | One Time | 09/09/2019 00:00 | Today |
| **Labs requested to be reviewed by:** | Sterett, Justin MD | | |

**Lab personnel verbally notified of a priority order of Today or Stat**

**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
| --- | --- | --- | --- | --- |
| Urine Dipstick | One Time | | | Huddleston, R. EMT |
| | **Order Date:** | 09/09/2019 | | |

**Disposition:**

Follow-up at Sick Call as Needed

| Inmate Name: | HILL, DAVID | | | | Reg #: | 12585-007 |
| Date of Birth: | 05/16/1971 | Sex: | M    Race: | BLACK | Facility: | FLM |
| Encounter Date: | 09/09/2019 09:39 | Provider: | Huddleston, R. EMT | | Unit: | J01 |

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/09/2019 | Counseling | Plan of Care | Huddleston, R. | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Huddleston, R. EMT on 09/09/2019 09:48

Requested to be cosigned by  Seroski, Jennifer PA-C.

Cosign documentation will be displayed on the following page.

APPENDIX " C "

**OPI:**      **CPD/CSB**
**NUMBER:**      **5538.07**
**DATE:**      **12/10/15**
**SUBJECT:**      **Escorted Trips**



**U.S. Department of Justice**

Federal Bureau of Prisons

# Program

# Statement

OPI:    CPD/CSB

NUMBER:    5538.07

DATE:    December 10, 2015

## Escorted Trips

/s/

*Approved*:   Charles E. Samuels, Jr.

Director, Federal Bureau of Prisons

proj

**1**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group. All rights reserved  Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement

12585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

## 1. PURPOSE AND SCOPE

### §570.40  Purpose and scope.

**The Bureau of Prisons provides approved inmates with staff-escorted trips into the community for such purposes as receiving medical treatment not otherwise available, for visiting a critically-ill member of the inmate's immediate family, or for participating in program or work-related functions.**

This Program Statement establishes procedures to be followed when considering an inmate for an escorted trip and details the:

    Guidelines for selecting escort staff.
    Responsibilities of escort staff.
      Instructions for using restraint equipment, including the
    Electronic Custody Control Belt, for MAXIMUM custody inmates.

Escorted trips fall into two categories, medical and non-medical.  The need or reason for an escorted trip may arise unexpectedly (e.g., to visit a critically ill family member) or may be planned in advance (e.g., to attend an educational function).

**Federal regulations from 28 CFR are in this type.**

Implementing instructions are in this type.

### a. **Summary of Changes**

*Policy Rescinded*

P5538.06   Escorted Trips (08/29/2014)

proj

**2**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group  All rights reserved  Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement

12585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

Memorandum titled "Escorted Trips" (03/18/2011)

Memorandum titled "Custody Control Belts" (08/27/2010)

Added language to clarify staffing for OUT/COM custody inmates.
Added language to clarify weapons requirements.
Added language to clarify custody control belt requirements for Special Management Unit (SMU) inmates.

b. **Program Objectives**.  The expected results of this program are:

Escorted trips will be available for eligible inmates.
Escorted trips will be supervised by the correct number and type of employee.
Appropriate procedures, including those concerning restraint equipment, will be used during all escorted trips.
The public will be protected from undue risk.
Application of an Electronic Custody Control Belt will be authorized only:

➤···For a MAXIMUM custody inmate who requires greater security than can be afforded through conventional restraints.
➤···Where no medical condition precludes its use.

An Electronic Custody Control Belt will be applied only to prevent escape or serious bodily harm and activated only for the purpose of controlling that inmate.
Lieutenants who apply the Electronic Custody Control Belt or escort an inmate wearing an Electronic Custody Control Belt will be properly trained in its application, operation, effectiveness, and follow-up requirements.
Every incident involving the activation of an Electronic Custody Control Belt will be properly reviewed, documented, and reported.
Violations of escorted trips will be processed in accordance with regulations.

pro;

**3**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group  All rights reserved  Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement

12585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

c.  **Pretrial/Holdover Procedures**.  Procedures in this Program Statement apply to pretrial and holdover inmates.

## 2.  MEDICAL ESCORTED TRIPS

**§570.41  Medical escorted trips.**

**a.    Medical escorted trips are intended to provide an inmate with medical treatment not available within the institution.   There are two types of medical escorted trips.**

**(1) *Emergency Medical Escorted Trip*.  An escorted trip occurring as the result of an unexpected life-threatening medical situation requiring immediate medical treatment not available at the institution.  The required treatment may be on either an in-patient or out-patient basis.**

When the inmate's custody level is not readily available at the time of the emergency medical escorted trip, the inmate, for purposes of the escorted trip, is considered to have the highest custody level housed at the institution, or will be escorted at the Warden's discretion in accordance with Section 8 of this Program Statement.

**(2) *Non-Emergency Medical Escorted Trip*.  A pre-planned escorted trip for the purpose of providing an inmate with medical treatment ordinarily not available at the institution.   The required treatment may be on either an in-patient or**

proj

**4**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group  All rights reserved  Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement

585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

**out-patient basis.**

**In-patient.**   In-patient treatment occurs when the inmate is admitted to the outside medical facility for care that extends beyond the day of admission.

**Out-patient.**   Ordinarily, treatment is considered out-patient when the inmate departs and returns to the institution on the same day (prior to midnight).

Emergency out-patient treatment may extend beyond midnight (e.g., left institution at 11:00 p.m. and returned at 3:00 a.m.).

**b.   The Clinical Director or designee is responsible for determining whether a medical escorted trip is appropriate.**

See the Program Statement **Patient Care** for utilization review procedures.

**c.   *Escorted Trip Procedures – Out-Patient Medical Treatment.*   A recommendation for an inmate to receive a medical escorted trip is prepared by medical staff, forwarded through the appropriate staff for screening and clearance, and then submitted to the Warden for review.   The Warden may approve an inmate for an out-patient medical escorted trip.**

proj

**5**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group  All rights reserved  Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement

12585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

APPENdIX "d"

OPI:       HSD/HPB
NUMBER:  6031.04
DATE:      6/3/14



**U.S. Department of Justice**

Federal Bureau of Prisons

# Program

# Statement

OPI:   HSD/HPB

NUMBER:   6031.04

DATE:   June 3, 2014

# Patient Care

proj

1

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group  All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

2585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

/s/

*Approved*:  Charles E. Samuels, Jr.

Director, Federal Bureau of Prisons

1. **PURPOSE AND SCOPE**

To effectively deliver medically necessary health care to inmates.

proj

**2**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group. All rights reserved  Use of this product is subject to the restrictions
and terms and conditions of the Matthew Bender Master Agreement

12585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)

## 15. **CHRONIC CARE** CLINICS

**Chronic Care** Clinics (CCCs) are a means for inmates with ongoing medical needs to be tracked and seen by a health care provider at clinically appropriate intervals. A physician will see all inmates assigned to a CCC every 12 months, or more often if clinically indicated.

The frequency of CCC follow-up care will be determined based on clinical need and communicated to the inmate's primary MLP, who will provide this care.

The physician will review the health records of all CCC follow-up encounters the MLPs perform.

High risk or medically complex **chronic care** inmates will be seen more frequently in accordance with good clinical judgment, in addition to or in conjunction with regular visits with their primary provider.

All treatment and management decisions a physician or MLP make will be communicated to the inmate's assigned primary provider for continuity of care.

pro{

**1**

© 2020 Matthew Bender & Company, Inc , a member of the LexisNexis Group  All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

12585007

Print to PDF without this message by purchasing novaPDF (http://www.novapdf.com/)